| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. S. 07-276 MCE |
| v. ) | |
| ALFONSO MARTINEZ HERNANDEZ, ) | |
| aka Candelario Prieto Rodriguez ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum                        ( ) Ad Testificandum

Name of Detainee:
Detained at (custodian):       **FOLSOM STATE PRISON**

Detainee is:      a.)      (**X**) charged in this district by: (**X**) Indictment ( ) Information ( ) Complaint
                                        charging detainee with: Being a Deported Alien Found in the United States
       or     b.)      ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)      ( ) return to the custody of detaining facility upon termination of proceedings
            or     b.)      (**X**) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kyle F. Reardon |
| Printed Name & Phone No: | KYLE F. REARDON/916-554-2782 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum                        ( ) Ad Testificandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 25, 2007.

                                                                  United States District/Magistrate Judge

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | aka Rolando Mendez, aka Candelario Prieto Rodriguez<br>aka Rodrigo Prieto | Male  X<br>Female ___ |
| Booking or CDC #: | F56645 | DOB: |
| Facility Address: | 300 Prison Road | Race: |
| | Represa, CA 95670 | FBI #: 728702PA1 |
| Facility Phone: | 916-985-2561 | |
| Currently Incarcerated For: | | |

---

### RETURN OF SERVICE

Executed on _____        By: _____
                                                                                         (Signature)