```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALFONSO MARTINEZ HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>       v. )<br>)<br>ALFONSO MARTINEZ HERNANDEZ, )<br>)<br>)<br>            Defendants. )<br>) | No. 2:07-cr-00276-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: August 23, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

_____

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, ALFONSO MARTINEZ HERNANDEZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of August 9, 2007 be vacated and that a status conference be set for August 23, 2007 at 9:00 a.m.

///

///

///

This continuance is being requested because defense counsel has just received the pre-plea report and proposed plea offer in this case. Defense counsel requires additional time to review discovery and the pre-plea report, request documents, and discuss the report and the plea offer with the defendant.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for August 23, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 1, 2007              Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ RACHELLE BARBOUR
                                   _____
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ALFONSO MARTINEZ HERNANDEZ

                                   McGREGOR SCOTT
                                   United States Attorney

                                   /s/ Rachelle Barbour for
DATED: August 1, 2007              _____
                                   KYLE REARDON
                                   Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

Dated: August 1, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2