```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALFONSO MARTINEZ HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br>ALFONSO MARTINEZ HERNANDEZ,       )<br>                                  )<br>                                  )<br>            Defendants.           )<br>                                  )<br>_____ | Case No. 2:07-cr-00276-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: September 6, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, ALFONSO MARTINEZ HERNANDEZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of August 23, 2007 be vacated and that a status conference be set for September 6, 2007 at 9:00 a.m.

///

///

///

This continuance is being requested because defense counsel has received the pre-plea report and proposed plea offer in this case and needs additional time to review them with the defendant and a Spanish-language interpreter.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for September 6, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 21, 2007       Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ RACHELLE BARBOUR
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
ALFONSO MARTINEZ HERNANDEZ

McGREGOR SCOTT
United States Attorney

/s/ Rachelle Barbour for
DATED: August 21, 2007       _____
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: August 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2