```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL HAWTHORNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00340-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| MICHAEL HAWTHORNE, | ) Date: September 13, 2007 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

It is hereby stipulated between the parties, Carolyn K. Delaney, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant MICHAEL HAWTHORNE, that the Status Conference hearing date of September 6, 2007, is vacated and a new Status Conference hearing date of September 13, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant will be out of the office and unavailable.

///

///

1 | It is further stipulated that the period from September 6, 2007,
2 | through and including September 13, 2007, should be excluded pursuant
3 | to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity
4 | of counsel and defense preparation.

Dated: September 4, 2007          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                   /s/ Mary M. French
                                  _____
                                  MARY M. FRENCH
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  MICHAEL HAWTHORNE

Dated: September 4, 2007              MCGREGOR W. SCOTT
                                  United States Attorney


                                  /s/  Mary M. French for
                                       Carolyn K. Delaney
                                  _____
                                  CAROLYN K. DELANEY
                                  Assistant U.S. Attorney
                                  per telephonic authorization


IT IS SO ORDERED.

 Dated: September 6, 2007

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE